FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 27 PM 2:50
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABBAR WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-125
)
CITY OF SAVANNAH, in its )
official capacity; GENE )
HARLEY; DISTRICT ATTORNEY MEG )
HEAP; OFC. JOHN DOE; MAYOR )
EDNA JACKSON; DANIEL MASSEY, )
Clerk of Court; and GILBERT )
STACY, Public Defender; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Plaintiff states that he understands why the case should be dismissed, but objects to dismissal counting as a strike under 28 U.S.C. § 1915 because his complaint is not clearly frivolous. (Doc. 9 at 1.) Even assuming the Court agrees that the complaint is

not clearly frivolous, Plaintiff would still accrue a strike because the complaint "fails to state a claim upon which relief may be granted." See 28 U.S.C. § 1915(g). Accordingly, Plaintiff's objection is without merit.

SO ORDERED this 27th day of January 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA